AUSA: Vance Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Monfette, ATF Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jakhari Brown,

Case No. 4:26-mj-30748
Judge: Ivy, Curtis
Filed: 11-25-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 24, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c)(1)(A) | Brandishing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

There is probable cause to believe that on November 24, 2026, Jakhari Brown violated 18 U.S.C. § 1951 - Interference by Robbery, and 18 U.S.C. § 924(c)(1)(A) - Brandishing a Firearm During and in Relation to a Crime of Violence.

☑ Continued on the attached sheet.

T. Monfette
*Complainant's signature*

Todd Monfette, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: November 25, 2026

*Judge's signature*

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Todd Monfette, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief and that this affidavit is based on the following facts:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal

street gangs and other violations of federal law.

3. I am currently conducting an investigation into Jakhari Brown (XX/XX/2007) for violating 18 U.S.C. § 1951 – Interference with Commerce by Robbery, and 18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence.

**PROBABLE CAUSE**

4. ATF and FBI agents along with other law enforcement officers from Flint, including myself, are investigating an armed robbery, in violation of 18 U.S.C. § 1951. On November 24, 2026, Victim-1 coordinated the sale of an Apple iPhone utilizing Facebook Marketplace to an individual subsequently identified as Jakhari Brown who was utilizing the Facebook page "Jason Russel."

5. Facebook Marketplace is a buying and selling section built into Facebook where individuals and businesses list items for local pickup or shipping. It is utilized via the internet, a channel of interstate commerce. *United States v. Person*, 714 F. App'x 547, 551 (6th Cir. 2017).

6. On November 24, 2026, at approximately 1:20 p.m., the Flint Police department was dispatched to 1069 Ridgecrest Court, Flint, Michigan which is the leasing office for the Ridgecrest Apartment complex for the report of an armed robbery which had just taken place. Victim-1 stated they were there to sell a pink Apple iPhone 16. The deal was arranged through Facebook Marketplace. Victim-1

stated when they arrived at the location they met with black male approximately 20 years of age. Victim-1 stated the male asked to see the phone. Victim-1 handed the phone to the male who then brandished a handgun with an extended magazine, pointed it at Victim-1 and stating, "you just got got" and "don't try anything." Victim-1 stated the male ran east through the apartment complex on to Ridgecrest Court.

7. The Flint Police department utilized surveillance footage and subsequently identified the residence the suspect ran to immediately after the robbery as XXXX Jannean Court, Flint, Michigan.

8. The Flint police department obtained a search warrant for XXXX Jannean Court, which was executed by the Michigan State Police Emergency Services team. The search resulted in the recovery of the stolen pink Apple iPhone and a privately manufactured (PMF) Glock-style, 9mm caliber, semi-automatic pistol with an extended magazine inserted. This is commonly referred to as a "Ghost Gun." Brown was the only adult male in the residence and was dressed in black pants and a black hooded sweatshirt. Brown was subsequently arrested and transported to the Genesee County Jail.

## THE ATF INVESTIGATION

9. On November 25, 2026, I reviewed Facebook messages supplied by Victim-1. Brown, who was utilizing Facebook account "Jason Russel," and Victim-

1 utilized Facebook messenger to negotiate the sale of the pink Apple iPhone 16. The parties discussed specifications and accessories of the iPhone and the purchase price of $500.00. Brown asked if the victim could deliver the iPhone to him and Victim-1 agreed. Brown shared a Google map pin with Victim-1 and stated "This where I'm located…" Victim-1 advised Brown they were on their way to the predetermined location and again when Victim-1 arrived. Brown replied, "Here I come." Victim-1 identified the vehicle they were driving stating, "In white ford…At the end of the parking by office." Brown responded, "Ok." The last messages were sent from the victim and stated, "I just locked that phone…u cant do anything with it…its carrier locked." Brown did not reply to the messages.

10. On November 25, 2026, I reviewed surveillance footage from the Ridgecrest Village apartment complex. I observed the following which occurred between approximately 1:06 p.m. and 1:10 p.m. from two cameras located in the complex. The first screenshot is from a camera at the leasing office:

- Victim-1, in a white Ford truck, enters the parking lot of the leasing office and parks near the dumpster.



- A black male wearing black pants and a black hooded sweatshirt with the hood pulled up walks into the parking lot and meets with Victim-1 at the white Ford truck.



- Victim-1 hands the male an object, the male then removed an object from his waistband area which is consistent with a handgun. The male then brandishes the object at Victim-1.







- The male then runs out of the leasing office parking lot, crosses eastbound over the main street and turns northbound. Victim-1 pursues the male in the white Ford truck.






11. The second camera is located on Jannean Court which is located at the front of the complex northeast of the leasing office. I made the following observations:

- A black male wearing black pants and a black hooded sweatshirt exits an apartment identified as XXXX Jannean Court and walks westbound through the buildings.



- A few minutes later the same black male wearing all black runs from the east side of the building and enters into XXXX Jannean Court, Flint, MI. After the male enters the apartment and the door is closed the white Ford truck is observed driving along the same path as the male.







**CONCLUSION**

12. Based on the above information, I have probable cause to believe that on November 24, 2026, Jakhari Brown violated 18 U.S.C. § 1951 – Interference by Robbery, and 18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence.

Respectfully submitted,

T. Monfette

Todd Monfette
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on November 25, 2026.

Hon. Patricia T. Morris
United States Magistrate Judge